ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 10:39 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00020-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 10:39:48 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS
## AUSTIN, TEXAS

**STORABLE, INC; REDNOVA LABS, INC., (d/b/a STOREDGE); SITELINK SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC, LLC; BADER CO.; AND PROPERTY FIRST GROUP, LP,**
*Appellants,*

**V.**

**SAFELEASE INSURANCE SERVICES, LLC,**
*Appellee.*

Trial Court Case No. 25-BC03A-0001
Business Court Division 3A
Travis County, Texas

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Judd E. Stone II, Attorney at Law, enters his appearance as additional attorney of record for SafeLease Insurance Services LLC, Appellee, in all further proceedings in this cause of action, and requests that all future notices, pleadings and communications from the Court or counsel be sent to the undersigned.

If the undersigned counsel has a change of address, phone or email, counsel shall notify the Court and respective counsel of such changes in a timely manner.

March 26, 2025.                    Respectfully submitted.

/s/ Judd E. Stone II
JUDD E. STONE II
Texas Bar No. 24076720
CHRISTOPHER D. HILTON
Texas Bar No. 24087727
**STONE HILTON PLLC**
600 Congress Ave.,
Suite 2350
Austin, TX 78701
Telephone: (737) 465-7248
judd@stonehilton.com
chris@stonehilton.com

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, the foregoing document was electronically filed through File & Serve Texas, thereby effectuating service on counsel for all parties.

/s/ Judd E. Stone II
Judd E. Stone II

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 98943050
Filing Code Description: Other Document
Filing Description: 20250326_Notice of Appearance_Stone
Status as of 3/27/2025 7:03 AM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 3/26/2025 10:39:48 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 3/26/2025 10:39:48 PM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 3/26/2025 10:39:48 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 3/26/2025 10:39:48 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 98943050
Filing Code Description: Other Document
Filing Description: 20250326_Notice of Appearance_Stone
Status as of 3/27/2025 7:03 AM CST

Associated Case Party: Storable, Inc.

| Jonna Summers | | jsummers@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
|---|---|---|---|---|
| Lakshmi Kumar | | lkumar@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 3/26/2025 10:39:48 PM | SENT |